**BRYAN CAVE LEIGHTON PAISNER LLP**
Jennifer A. Jackson, California Bar No. 192998
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
Email: jjackson@bclplaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Alexandra C. Whitworth, California Bar No. 303046
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: alex.whitworth@bclplaw.com

Attorneys for Defendant Bank of America, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KUNTZ,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.:<br><br>[Alameda County Superior Court Case No. RG19016453]<br><br>**CERTIFICATE OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>[FRCP 7.1; LOCAL RULE 3-15]<br><br>Complaint Filed: April 25, 2019<br>Removed: May 29, 2019 |

12682989.1

CERTIFICATE OF INTERESTED ENTITIES

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned, as counsel for Defendant Bank of America, N.A., hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in the party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant Bank of America, N.A. is an indirect, wholly owned subsidiary of Bank of America Corporation.

2. Bank of America Corporation is a publicly traded company.

Dated: May 29, 2019

**BRYAN CAVE LLP**
Alexandra C. Whitworth

By: */s/ Alexandra C. Whitworth*
    Alexandra C. Whitworth
Attorneys for Defendant
BANK OF AMERICA, N.A.