**BRYAN CAVE LEIGHTON PAISNER LLP**
Jennifer A. Jackson, California Bar No. 192998
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
Email: jjackson@bclplaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Alexandra C. Whitworth, California Bar No. 303046
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail:   alex.whitworth@bclplaw.com

Attorneys for Defendant Bank of America, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KUNTZ,<br><br>              Plaintiff,<br><br>       v.<br><br>BANK OF AMERICA, N.A.; and DOES 1-100, inclusive,<br><br>              Defendants. | Case No.: 4:19-cv-02946-YGR<br><br>**ORDER~~ RANTING~~ STIPULATED<br>REQUEST TO DISMISS COMPLAINT;<br>~~[PROPOSED] ORDER~~**<br><br>Complaint Filed: April 25, 2019<br>Removed: May 29, 2019 |

601283882.2

Defendant Bank of America, N.A. ("BANA") and Plaintiff Jeffrey Kuntz ("Plaintiff") (collectively, "the Parties"), by and through their respective counsel of record hereby stipulate as follows:

1. Plaintiff, on behalf of himself and a putative class, filed a Complaint in the California Superior Court for the County of Alameda on April 25, 2019, alleging a violation of the Equal Credit Opportunity Act ("the Action");

2. On May 29, 2019, BANA removed the Action to this Court;

3. BANA filed an Answer on September 11, 2019;

4. No class has been certified in the Action or for the purposes of settlement, and no such certification has been sought;

5. Plaintiff has voluntarily agreed to dismiss his claims *with prejudice* under Federal Rule of Civil Procedure 41(a)(2);

6. The Parties also agree that the claims brought on behalf of the putative class should be dismissed *without prejudice* under Federal Rule of Civil Procedure 41(a)(2);

7. Each party shall bear its own costs and attorneys' fees;

8. The Parties further agree that notice should not be required to the putative class under Federal Rule of Civil Procedure 23(e) or *Diaz v. Tr. Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989);

9. Putative class members are not likely to know of the Action because it was not widely publicized and does not otherwise appear to be of significant public interest;

10. There was no settlement or concession of class interests made by the putative class representative (Plaintiff) or counsel in order to further his own interests, and no settlement agreement was entered into;

11. Accordingly, the Action should be dismissed.

**IT IS SO STIPULATED.**

Dated: November 4, 2019          **BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Alexandra C. Whitworth*
       Alexandra C. Whitworth
Attorneys for Defendant
BANK OF AMERICA, N.A.

Dated: November 4, 2019          **GALLO LLP**

By: */s/ Dominic Valerian*
       Dominic Valerian
Attorneys for Plaintiff
JEFFREY KUNTZ

I hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each of the other signatories.

By:  */s/ Alexandra Whitworth*
     Alexandra C. Whitworth

## [PROPOSED] ORDER

Pursuant to the Parties' stipulation, and good cause appearing, the putative class action Complaint filed by Plaintiff Jeffrey Kuntz ("Plaintiff") against Defendant Bank of America, N.A. is hereby dismissed.  With respect to the claims asserted by Plaintiff in his individual capacity, the Complaint is dismissed *with* prejudice.  With respect to the claims asserted by Plaintiff on behalf of the putative class, the Complaint is dismissed *without* prejudice.

Dated: November 6, 2019

By: _____
HON. YVONNE GONZALES ROGERS
United States District Court Judge